1  Timothy J. Calderbank, OSB#972242
   Landerholm, P.S.
2  805 Broadway Street, Suite 1000
   Vancouver, WA 98660
3  Telephone: (360) 696-3312
   Facsimile: (360) 696-2122
4  E-mail: timothy.calderbank@landerholm.com
       Of Attorneys for Defendants
5      Alireza Zamanizadeah, a/k/a Ali
       Zamani and Adult Care Search
6

7

8

9
                UNITED STATES DISTRICT COURT
10
                     DISTRICT OF OREGON
11
                     PORTLAND DIVISION
12

13

| 14 | ANGELA TORRES, AN INDIVIDUAL, | Case No. 3:17-cv-01270-AC |
|---|---|---|
| 15 | Plaintiff, | **DISCLOSURE STATEMENT** |
| 16 | v. | |
| 17 | ALIREZA ZAMANIZADEH, A/K/A ALI ZAMANI, AN INDIVIDUAL, AND | |
| 18 | ADULT CARE SEARCH, A FOREIGN NON-PROFIT CORPORATION, | |
| 19 | | |
| 20 | Defendant. | |

21      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LR 7.1-1,

22  Defendants Alireza Zamanizadeh, a/k/a Ali Zamani and Adult Care Search, A Foreign

23  Non-Profit Corporation by their attorney Timothy J. Calderbank disclose as follows:

24      1. **ALIREZA ZAMANIZADEH, A/K/A ALI ZAMANI** is an individual.

25

26

Disclosure Statement - 1
ZAMA01-2521408

LANDERHOLM
805 Broadway Street, Suite 1000
PO Box 1086
Vancouver, WA 98666
T: 360-696-3312 • F: 360-696-2122

2. **ADULT CARE SEARCH, A FOREIGN NON-PROFIT CORPORATION**, is a non-profit organization whose principal place of business is in Portland, Oregon.

3. **ALIREZA ZAMANIZADEH, A/K/A ALI ZAMANI** is the sole owner of **ADULT CARE SEARCH, A FOREIGN NON-PROFIT CORPORATION.**

4. The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

DATED this 13th day of September, 2017.

LANDERHOLM, P.S.

/s/ Timothy J. Calderbank
Timothy J. Calderbank, OSB#972242
805 Broadway Street, Suite 1000
P.O. Box 1086
Vancouver, WA 98666-1086
(360) 696-3312

Of Attorneys for Defendants

Disclosure Statement - 2
ZAMA01-2521408

LANDERHOLM
805 Broadway Street, Suite 1000
PO Box 1086
Vancouver, WA 98666
T: 360-696-3312 • F: 360-696-2122