David Richardson, OSB
david@pdxlawgroup.com
PDX LAW GROUP, PC
121 SW Morrison, Suite 1520
Portland, OR 97204
(ph) 503-546-0141
(fax) 503-536-6843
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| ANGELA TORRES, an individual<br><br>Plaintiff,<br><br>v.<br><br>ALIREZA ZAMANIZADEH, a/k/a ALI ZAMANI, an individual, and ADULT CARE SEARCH, a foreign non-profit corporation,<br><br>Defendants. | Case no.: 3:17-cv-01270-AC<br><br>**DECLARATION OF DAVID RICHARDSON**<br><br>In support of Plaintiff's motion for a TRO and order to show cause |

I, David Richardson, do state and declare:

1. I am an attorney for plaintiff Angela Torres ("Plaintiff") and make this declaration based on my personal knowledge. I am of legal age and competent to testify to the matters herein.

2. Plaintiff retained my law firm in February 2017 to assist her in the recovery of her real property located at 779 W. Chestnut St., Washougal, WA 98671 and at least $303,000.00 in retirement and personal funds from Defendants Alireza Zamanizadeh and Adult Care Search ("Defendant Zamani" and "Defendant ACS" respectively).

Declaration of David Richardson
Page 1
*Torres v. Zamanizadeh et al*, no. 3:17-cv-01270-AC

PDX Law Group, P.C.
121 SW Morrison, Suite 1520
Portland, OR 97204
PH 503.546.0141  FAX 503.536.6843

3. Plaintiff represented to me that she hired me to file this suit after she experienced difficulty working with Defendant Zamani to regain her Washougal property and funds as had been originally agreed to by Defendant Zamani.

4. I have not conferred with opposing counsel on this motion. Conferral on a Motion for a Temporary Restraining Order and Order to Show Cause is not required under L.R. 7-1 and I believe entry of temporary restraining order and order to show cause is warranted *ex parte* for the following exigent circumstances:

   a. From April 2014 to July 2017, at time when Plaintiff's $590,329.12 made up 86 percent of all deposits into Defendant ACS's bank account, Defendant Zamani diverted $425,000 from Defendant ACS's bank account for personal and non-charitable purposes, by transfer to his for-profit corporation Acareoption.com, Inc. or cash withdraw (Najar Decl. ¶¶ 19-21, 23, 28);

   b. Defendant Zamani is willing to shelter assets from court proceedings, as shown by his suggestions to shield the subject assets from Plaintiff's divorce using Defendant ACS and its bank account (Torres Decl. ¶6);

   c. Defendant Zamani believes Defendant ACS can do whatever it wants with Plaintiff's funds (Torres Decl. ¶22, ex.10).

   d. Defendant Zamani possessed and may still possess one or more powers of attorney related to Plaintiff, her accounts, or her property (Torres Decl. ex.3);

   e. Defendant Zamani is a flight risk because he has dual American and Iranian citizenship (Comp. ¶3, admitted in Answer ¶3) and purports to have foreign bank accounts and millions of dollars in assets and business interests abroad (Torres Decl ¶¶19-20, ex.7-8);

Declaration of David Richardson
Page 2
*Torres v. Zamanizadeh et al*, no. 3:17-cv-01270-AC

PDX Law Group, P.C.
121 SW Morrison, Suite 1520
Portland, OR 97204
PH 503.546.0141  FAX 503.536.6843

      f.  I am extremely concerned that, upon notice of Plaintiff's intent to or service of a filing for a temporary restraining order, Defendant Zamani will attempt to move, withdraw, spend, encumber, or dispose of Plaintiff's remaining cash and real estate assets under Defendant Zamani's ownership or control, or under ownership or control of Defendant ACS or Defendant Zamani's Acareoption.com, Inc.

5. Plaintiff would suffer irreparable injury if Defendant Zamani is permitted to withdraw, transfer, spend, encumber, or dispose of the cash or real estate remaining under ownership or control of Defendant ACS, Defendant Zamani, or Acareoption.com, Inc, particularly if Defendant Zamani is judgment proof, if the funds can be moved to foreign bank accounts, or if Defendant Zamani were to leave the country with the funds.

6. Attached as **Exhibit 1** are records accessed from the Oregon Secretary of State database showing that ACareOption.com, Inc., an Oregon for profit corporation, was formed by Defendant Zamani, who is President, Secretary, and Registered Agent. There are no other owners, officers, or parties involved or related to ACareOption.com, Inc. according to the Oregon Secretary of State.

I HEARBY DECLARE THAT THE ABOVE STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN THE COURT AND IS SUBJECT TO PENALTY OF PERJURY.

DATED: January 5th, 2018.        **PDX LAW GROUP, PC**

                                            *s/ David Richardson*
                                            David Richardson, OSB
                                            david@pdxlawgroup.com
                                            *Attorney for Angela Torres*

Declaration of David Richardson
Page 3
*Torres v. Zamanizadeh et al*, no. 3:17-cv-01270-AC

PDX Law Group, P.C.
121 SW Morrison, Suite 1520
Portland, OR 97204
PH 503.546.0141  FAX 503.536.6843



### Business Name Search

| New Search | Printer Friendly | Business Entity Data | | | 12-11-2017 15:52 |
|---|---|---|---|---|---|
| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
| 1184275-90 | DBC | ACT | OREGON | 02-02-2016 | 02-02-2018 | |
| Entity Name | ACAREOPTION.COM, INC. | | | | | |
| Foreign Name | | | | | | |

| New Search | Printer Friendly | Associated Names | | |
|---|---|---|---|---|
| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | |
| Addr 1 | 613 SW ELDERBROOK PL | | | |
| Addr 2 | | | | |
| CSZ | PORTLAND | OR | 97225 | Country | UNITED STATES OF AMERICA |

Please click here for general information about registered agents and service of process.

| Type | AGT | REGISTERED AGENT | Start Date | 02-02-2016 | Resign Date | |
|---|---|---|---|---|---|---|
| Name | ALI | | ZAMANI | | | |
| Addr 1 | 613 SW ELDERBROOK PL | | | | | |
| Addr 2 | | | | | | |
| CSZ | PORTLAND | OR | 97225 | | Country | UNITED STATES OF AMERICA |

| Type | MAL | MAILING ADDRESS | | | |
|---|---|---|---|---|---|
| Addr 1 | 613 SW ELDERBROOK PL | | | | |
| Addr 2 | | | | | |
| CSZ | PORTLAND | OR | 97225 | Country | UNITED STATES OF AMERICA |

| Type | PRE | PRESIDENT | | Resign Date | |
|---|---|---|---|---|---|
| Name | ALI | | ZAMANI | | |
| Addr 1 | 613 SW ELDERBROOK PL | | | | |
| Addr 2 | | | | | |

|     |           |              |        |       |         |                          |
|-----|-----------|--------------|--------|-------|---------|--------------------------|
| CSZ | PORTLAND  |              | OR     | 97225 | Country | UNITED STATES OF AMERICA |

| Type   | SEC | SECRETARY           |       | Resign Date |                          |
|--------|-----|---------------------|-------|-------------|--------------------------|
| Name   | ALI | ZAMAN               |       |             |                          |
| Addr 1 | 613 SW ELDERBROOK PL |      |             |                          |
| Addr 2 |     |                     |       |             |                          |
| CSZ    | PORTLAND |              | OR     | 97225 | Country | UNITED STATES OF AMERICA |

New Search     Printer Friendly

## Name History

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| ACAREOPTION.COM, INC. | EN | CUR | 02-02-2016 | |

Please read before ordering Copies.

New Search     Printer Friendly

## Summary History

| Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| 📄 | AMNDMT TO ANNUAL RPT/INFO STATEMENT | 06-06-2017 | | FI | | |
| 📄 | AMENDED ANNUAL REPORT | 01-17-2017 | | FI | | |
| 📄 | ARTICLES OF INCORPORATION | 02-02-2016 | | FI | Agent | |

About Us | Announcements | Laws & Rules | Feedback
Policy | SOS Home | Oregon Blue Book | Oregon.gov

For comments or suggestions regarding the operation of this site,
please contact : corporation.division@state.or.us

© 2017 Oregon Secretary of State. All Rights Reserved.

# Articles of Incorporation - Business/Professional

Secretary of State - Corporation Division - 255 Capitol St. NE, Suite 151 - Salem, OR 97310-1327 - http://www.FilingInOregon.com - Phone: (503) 986-2200

○ **BUSINESS CORPORATION** (Complete items 1, 2, 3, 4, 5, 8, 9. Item 7 is optional.)
○ **PROFESSIONAL CORPORATION** (Complete all Items. Note: Item 7 is optional.)

**FILED**
**FEB 02 2016**
OREGON
SECRETARY OF STATE

**REGISTRY NUMBER:** 1184275-90

In accordance with Oregon Revised Statute 192.410-192.490, the information on this application is public record. We must release this information to all parties upon request and it will be posted on our website.

For office use only

Please Type or Print Legibly in **Black** Ink. Attach Additional Sheet if Necessary.

1. **NAME OF CORPORATION:** Acareoption.com, Inc

   NOTE: For a BUSINESS CORPORATION, the name must contain the word "Corporation", "Company", "Incorporated", or "Limited" or an abbreviation of one of such words. For a PROFESSIONAL CORPORATION, the name must contain the words "Professional Corporation", or abbreviations thereof, i.e., "P.C.", or Prof. Corp".

2. **REGISTERED AGENT:** (Individual or entity that will accept legal service for this business)
   Ali Zamani

3. **REGISTERED AGENT'S PUBLICLY AVAILABLE ADDRESS:**
   (Must be an **Oregon Street Address**, which is identical to registered agent's office.)
   613 S.W Elderbrook pl
   Portland, OR 97225

4. **ADDRESS WHERE THE DIVISION MAY MAIL NOTICES:**
   613 S.W Elderbrook pl
   Portland, OR 97225

5. **NUMBER OF SHARES:** (At least one share must be listed.)
   100

6. **IF RENDERING A LICENSED PROFESSIONAL SERVICE OR SERVICES, DESCRIBE THE SERVICE(S) BEING RENDERED:**
   (PROFESSIONAL CORPORATION ONLY) ORS 58.015(5)(m)

7. **OPTIONAL PROVISIONS:** (Attach a separate sheet if necessary.)
   ○ **BENEFIT COMPANY:** The Corporation is a benefit company subject to ORS 60.750 - 60.770. (additional requirements apply)
   ○ **INDEMNIFICATION:** The corporation elects to indemnify its directors, officers, employees, agents for liability and related expenses under ORS 58.185 or 60.387 - 60.414.
   ○ **SEE ATTACHED**

8. **WHO IS FORMING THIS BUSINESS?** (INCORPORATORS) (List names and addresses of each incorporator.) (Attach a separate sheet if necessary.)
   Ali Zamani   613 S.W Elderbrook pl, Portland, OR 97225

9. **EXECUTION/SIGNATURE OF EACH PERSON WHO IS FORMING THIS BUSINESS:** (Incorporator)
   By my signature, I declare as an authorized authority, that this filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment or both.

   Signature: [signed]   Printed Name: Ali R Zamani   Title: president

**CONTACT NAME:** (To resolve questions with this filing)
Ali Zamani

**PHONE NUMBER:** (Include area code)
503-422-3071

ACAREOPTION.COM, INC.
118427590-16743058   NEWINC

Articles of Incorporation - Business/Professional Corporation (12/14)

Richardson Ex.1
Page 3 of 3