1  Timothy J. Calderbank, OSB#972242
   Landerholm, P.S.
2  805 Broadway Street, Suite 1000
   Vancouver, WA  98660
3  Telephone:  (360) 696-3312
   Facsimile:  (360) 696-2122
4  E-mail: timothy.calderbank@landerholm.com
       Of Attorneys for Defendants
5      Alireza Zamanizadeh, a/k/a Ali
       Zamani and Adult Care Search
6

7
               **UNITED STATES DISTRICT COURT**
8
                    **DISTRICT OF OREGON**
9
                    **PORTLAND DIVISION**
10

11  **ANGELA TORRES, an individual,**          Case No. 3:17−cv−01270−AC

12  **Plaintiff,**                             **NOTICE OF MOTION TO WITHDRAWAL PER LR 83-11(a)**

13  v.

14  **ALIREZA ZAMANIZADEH, a/k/a ALI ZAMANI, an individual, and ADULT CARE SEARCH, a foreign non-profit corporation,**

16  **Defendants.**

17
    PLEASE TAKE NOTICE that as of February 1, 2018, pursuant to LR 83-11(a),
18
    Timothy J. Calderbank and Landerholm, P.S. are hereby withdrawing as counsel of
19
    record for defendants effective immediately. This Motion is supported by the facts set
20
    forth below, the Declaration of Timothy J. Calderbank, and the record in this matter.
21
                            **I.    MOTION**
22
    Pursuant to LR 83-11(a), Landerholm, P.S. and Timothy J. Calderbank are
23
    withdrawing from their representation of Defendants for the following reasons:
24
        1. Court preliminarily ordered all assets and monies frozen from the bank
25
           accounts of Defendants;
26

NOTICE AND MOTION TO WITHDRAWAL PER LR 83-11(a) - 1
ZAMA01-000001- 3364544_1.docx

**LANDERHOLM**
805 Broadway Street, Suite 1000
PO Box 1086
Vancouver, WA  98666
T: 360-696-3312 • F: 360-696-2122

2. Only court authorized payments, including legal fees, can be made with no guarantee our firm would ever be paid;

3. Attorney has lost faith in clients' ability to cooperate meaningfully;

4. Attorney may become a fact witness in this or subsequent proceedings;

5. Client refusing to following attorney's advice;

6. The attorney has a conflict of interest or cannot otherwise continue representing defendants without violating the rules of professional conduct.

Mr. Calderbank requests that he be removed from the case docket and the Notice of Electronic Filing as indicated on the docket as of the filing date of this Notice of Withdrawal.

DATED this 25th day of January, 2018.

LANDERHOLM, P.S.

*/s/ Timothy J. Calderbank*
TIMOTHY J. CALDERBANK, OSB #45682
Of Attorneys for Defendants

NOTICE AND MOTION TO WITHDRAWAL PER LR 83-11(a) - 2
ZAMA01-000001- 3364544_1.docx

LANDERHOLM
805 Broadway Street, Suite 1000
PO Box 1086
Vancouver, WA 98666
T: 360-696-3312 • F: 360-696-2122

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing **NOTICE OF MOTION TO WITHDRAWAL PER LR 83-11(a)** with the Clerk of the Court for the United States District Court, District of Oregon, by using the CM/ECF system on 25th day of January, 2018, namely to:

David W. Richardson
PDX Law Group, P.C.
121 SW Morrison St, Suite 1520
Portland, OR 97204

**VIA CERTIFIED MAIL / RETURN RECEIPT REQUESTED**

Alireza Zamanizadeh
Adult Care Search, Inc.
613 SW Elderbrook Place
Portland, OR 97225

Signed at Vancouver, Washington this 25th day of January, 2018.

*/s/ Timothy J. Calderbank*
TIMOTHY J. CALDERBANK, OSB #45682

NOTICE AND MOTION TO WITHDRAWAL PER LR 83-11(a) - 3
ZAMA01-000001- 3364544_1.docx

LANDERHOLM
805 Broadway Street, Suite 1000
PO Box 1086
Vancouver, WA 98666
T: 360-696-3312 • F: 360-696-2122