Timothy J. Calderbank, OSB#972242
Landerholm, P.S.
805 Broadway Street, Suite 1000
Vancouver, WA 98660
Telephone: (360) 696-3312
Facsimile: (360) 696-2122
E-mail: timothy.calderbank@landerholm.com
    Of Attorneys for Defendants
    Alireza Zamanizadeh, a/k/a Ali
    Zamani and Adult Care Search

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| ANGELA TORRES, an individual, | Case No. 3:17−cv−01270−AC |
| **Plaintiff,** | **DECLARATION OF TIMOTHY J. CALDERBANK** |
| v. | |
| **ALIREZA ZAMANIZADEH, a/k/a ALI ZAMANI, an individual, and ADULT CARE SEARCH, a foreign non-profit corporation,** | |
| **Defendants.** | |

I, Timothy J. Calderbank, hereby state and declare as follows:

1.      My name is Timothy J. Calderbank. I am over the age of 18 and am otherwise competent to be a witness in this proceeding. I make this declaration based upon my personal knowledge except as otherwise set forth.

2.      I am the attorney for the Defendants in this action.

3.      Court preliminarily ordered all assets and monies frozen from the bank accounts of Defendants.

4.      Only court-authorized payments, including legal fees, can be made with no guarantee the firm would ever be paid.

LANDERHOLM
805 Broadway Street, Suite 1000
PO Box 1086
Vancouver, WA 98666
T: 360-696-3312 • F: 360-696-2122

5.      Attorney has lost faith in clients' ability to cooperate meaningfully;

6.      Attorney may become a fact witness;

7.      Client refusing to following attorney's advice;

8.      The attorney has a conflict of interest or cannot otherwise continue representing defendants without violating the rules of professional conduct.

**I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.**

DATED: <u>January 25, 2018</u>

AT:   Vancouver, Washington.


LANDERHOLM, P.S.


<u>*/s/ Timothy J. Calderbank*</u>
TIMOTHY J. CALDERBANK, OSB #45682
Of Attorneys for Defendants

DECLARATION OF TIMOTHY J. CALDERBANK - 2
ZAMA01-000001- 3367658_1.doc

L A N D E R H O L M
805 Broadway Street, Suite 1000
PO Box 1086
Vancouver, WA  98666
T: 360-696-3312 • F: 360-696-2122

1

**CERTIFICATE OF SERVICE**

2      I certify that I electronically filed the foregoing **DECLARATION OF**

3  **TIMOTHY J. CALDERBANK** with the Clerk of the Court for the United States

4  District Court, District of Oregon, by using the CM/ECF system on 25th day of January,

5  2018, namely to:

6      David W. Richardson
       PDX Law Group, P.C.
7      121 SW Morrison St, Suite 1520
       Portland, OR 97204
8
       **VIA CERTIFIED MAIL / RETURN RECEIPT REQUESTED**
9
       Alireza Zamanizadeh
10     Adult Care Search, Inc.
       613 SW Elderbrook Place
11     Portland, OR  97225

12
       Signed at Vancouver, Washington this 25th day of January, 2018.
13

14

                                   _/s/ Timothy J. Calderbank_____
15                                 TIMOTHY J. CALDERBANK, OSB #45682

16

17

18

19

20

21

22

23

24

25

26

L A N D E R H O L M
805 Broadway Street, Suite 1000
PO Box 1086
Vancouver, WA  98666
T: 360-696-3312 • F: 360-696-2122