David Richardson, OSB 051370
david@pdxlawgroup.com
PDX LAW GROUP PC
121 SW Morrison St., Ste. 1520
Portland, OR 97204
(ph) 503-546-0141
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| ANGELA TORRES, an individual, | Case no.: 3:17-CV-01270-AC |
| Plaintiff, | **PLAINTIFF'S STATUS AND ADR REPORT** |
| v. | |
| ALIREZA ZAMANIZADEH, a/k/a ALI ZAMANI, an individual, and ADULT CARE SEARCH, a foreign non-profit corporation, | |
| Defendants. | |

In advance of the 11am August 2nd, 2018 in-person status and scheduling conference, plaintiff Angela Torres (Plaintiff) submits this Status and ADR report:

Pursuant to LR 16-4(d), Plaintiff will bring a *draft* proposed Joint Alternative Dispute Resolution Report to the conference. Due to Plaintiff's counsel being away from the office, the parties have not yet conferred on the content or filing of the form report. However, the parties conducted extensive settlement discussions and were negotiating the final terms of a settlement agreement up until about one month ago.

Plaintiff's Status and ADR Report - Page 1
*Torres v. Zamanizadeh et al*, no. 3:17-cv-02170-AC

Negotiations to resolve this case ended when Plaintiff's contemporaneous negotiations with adverse parties claiming right to Plaintiff's Bend property – quitclaimed to defendant Adult Care Search (ACS) by defendant Ali Zamani (Zamani), then mortgaged by ACS – ended and those third parties resumed and completed a nonjudicial foreclosure of the Bend property. Plaintiff filed a quiet title action in Deschutes County and is in the process of seeking a temporary restraining order (TRO) and preliminary injunction to prevent the third parties from taking possession, encumbering, or selling the Bend property pending resolution of the quiet title action. Plaintiff could not add those parties to this action without destroying diversity jurisdiction and, based upon short notice provided by the third parties, could not amend the complaint in time to seek a TRO.

Plaintiff stepped back from negotiating settlement of this case when she could not negotiate a global resolution, due to the potential for changing facts, issues, and damages and the potential for prejudice or estoppel between the cases if one were settled while the other continued. If Plaintiff prevails in the Deschutes County matter, those issues should be entirely resolved as to the third party claimants and this case-in-chief, as to these parties, can proceed in a more economical and efficient manner. Plaintiff remains interested in negotiating settlement but requests time to resolve the Bend property dispute before negotiating settlement with these current defendants and third party ACareOption.com, Inc.

Plaintiff intends to propose abatement of this case, or resetting the time lines, to allow resolution of the Bend case and, if necessary, addition of ACareOption.com, Inc. or other new defendants and amendment of the complaint in this action to reflect the broader set of facts and issues Plaintiff continues to discover. Defendants should not be harmed by this postponement as they have represented there are minimal funds in the accounts subject to the preliminary

injunction in this case. Defendants also should not be entitled to a speedy resolution as the cause of these separate issues and because they have not responded to Plaintiff's discovery requests.

DATED August 1st, 2018

**PDX LAW GROUP PC**

*/s David Richardson*
David Richardson, OSB 051370
david@pdxlawgroup.com
Attorneys for Plaintiff

*Served upon defendants by email and U.S.P.S. first class mail, on* August 1st, 2018*, to:* Ali Zamani, 613 SW Elderbrook Place, Portland, OR 97225.