David Richardson, OSB 051370
david@pdxlawgroup.com
PDX LAW GROUP PC
121 SW Morrison St., Ste. 1520
Portland, OR 97204
(ph) 503-546-0141
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| ANGELA TORRES, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ALIREZA ZAMANIZADEH, a/k/a ALI ZAMANI, an individual, and ADULT CARE SEARCH, a foreign non-profit corporation, <br><br> Defendants. | Case no.: 3:17-CV-01270-AC <br><br> **JOINT STATUS REPORT** |

This is a Joint Status Report as requested at the August 2nd, 2018 Status Conference Hearing in front of Judge Acosta. Both parties represent that they continue to discuss settlement terms and anticipate either settling this matter in the near future or seeking abatement of this case while the concurrent case in Deschutes County State Court is resolved. As such, the parties would request postponing of a scheduling order at this time.

DATED August 1st, 2018

*/s David Richardson*                         */s/ Alireza Zamanizadeh*
David Richardson, OSB 051370       Alireza Zamanizadeh
david@pdxlawgroup.com                 Pro Se Defendant in his invidiual capacity and also
Attorneys for Plaintiff                           on behalf of Adult Care Search

Plaintiff's Status and ADR Report - Page 1
*Torres v. Zamanizadeh et al*, no. 3:17-cv-02170-AC