David Richardson, OSB 051370
david@pdxlawgroup.com
PDX LAW GROUP PC
121 SW Morrison St., Ste. 1520
Portland, OR 97204
(ph) 503-546-0141
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| ANGELA TORRES, an individual, | Case no.: 3:17-CV-01270-AC |
| Plaintiff, | **PLAINTIFF'S STATUS REPORT** |
| v. | |
| ALIREZA ZAMANIZADEH, a/k/a ALI ZAMANI, an individual, and ADULT CARE SEARCH, a foreign non-profit corporation, | |
| Defendants. | |

As requested by Judge Acosta, Plaintiff submits this Status report:

Negotiations to resolve this case ended when Plaintiff's contemporaneous negotiations with adverse parties claiming right to Plaintiff's Bend property – quitclaimed to defendant Adult Care Search (ACS) by defendant Ali Zamani (Zamani), then mortgaged by ACS – ended and those third parties resumed and completed a nonjudicial foreclosure of the Bend property. Plaintiff filed a quiet title action in Deschutes County and received a temporary restraining order (TRO) and is now seeking a preliminary injunction to prevent the third parties from taking

Plaintiff's Status Report - Page 1
*Torres v. Zamanizadeh et al*, no. 3:17-cv-02170-AC

possession, encumbering, or selling the Bend property pending resolution of the quiet title action. The preliminary injunction hearing is scheduled for September 26th, 2018.

Plaintiff would like to continue abatement of this case to allow resolution of the Bend case and, if necessary add other new defendants and amendment of the complaint in this action to reflect the broader set of facts and issues Plaintiff continues to discover. Defendants should not be harmed by this postponement as they have represented there are minimal funds in the accounts subject to the preliminary injunction in this case, and furthermore the Declaration by Frank Najar of the Department of Justice makes it clear that the funds in dispute originated via the Plaintiff. Defendants also should not be entitled to a speedy resolution as the cause of these separate issues and because they have not responded to Plaintiff's discovery requests.

DATED September 24th, 2018

**PDX LAW GROUP PC**

*/s David Richardson*
David Richardson, OSB 051370
david@pdxlawgroup.com
Attorneys for Plaintiff

*Served upon defendants by email and U.S.P.S. first class mail, on* September 24th, 2018, *to: Ali Zamani, 613 SW Elderbrook Place, Portland, OR 97225.*

Plaintiff's Status Report - Page 2
*Torres v. Zamanizadeh et al*, no. 3:17-cv-02170-AC