David Richardson, OSB 051370
david@pdxlawgroup.com
PDX LAW GROUP PC
121 SW Morrison St., Ste. 1520
Portland, OR 97204
(ph) 503-546-0141
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON, PORTLAND DIVISION**

| | |
|---|---|
| ANGELA TORRES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALIREZA ZAMANIZADEH, a/k/a ALI ZAMANI, an individual, and ADULT CARE SEARCH, a foreign non-profit corporation,<br><br>Defendants. | Case no.: 3:17-CV-01270-AC<br><br>**PLAINTIFF'S STATUS REPORT** |

As requested by Judge Acosta, Plaintiff submits this Status report:

Defendant Zamani is currently in Iran until December 15th, 2018 in an attempt to recover funds central to this case. Plaintiff agreed to not initiate any actions or file any motion or brief until his return and this was relayed to the courtroom deputy on October 2nd, 2018 by Mr. Zamani via email.

If this case is not resolved upon his return, Plaintiff is prepared to end the abatement and recommence litigation and would request a scheduling conference at such time.

1   DATED November 30th, 2018

2                                          **PDX LAW GROUP PC**

3                                          <u>/s David Richardson</u>
                                           David Richardson, OSB 051370
4                                          david@pdxlawgroup.com
                                           Attorneys for Plaintiff
5
    *Served upon defendants by email*
6

25  Plaintiff's Status Report - Page 2
    *Torres v. Zamanizadeh et al*, no. 3:17-cv-02170-AC