David Richardson, OSB 051370
david@pdxlawgroup.com
PDX LAW GROUP PC
121 SW Morrison St., Ste. 1520
Portland, OR 97204
(ph) 503-546-0141
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| ANGELA TORRES, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ALIREZA ZAMANIZADEH, a/k/a ALI ZAMANI, an individual, and ADULT CARE SEARCH, a foreign non-profit corporation, <br><br> Defendants. | Case no.: 3:17-CV-01270-AC <br><br> **PLAINTIFF'S STATUS REPORT** |

As requested by Judge Acosta, Plaintiff submits this Status report:

Defendant Zamani was to have a settlement meeting with plaintiff's counsel earlier today to discuss the case and help prepare a Joint Status Report. Zamani emailed prior to the scheduled meeting indicating he was sick and asked to reschedule for Monday, January 7th.

With this in mind, plaintiff respectfully requests abatement of this case until January 11th, 2019 so that the parties have time to convene to discuss the disposition of the case.

///

Plaintiff's Status Report - Page 1
*Torres v. Zamanizadeh et al*, no. 3:17-cv-02170-AC

1     DATED January 4th, 2019

2                                       **PDX LAW GROUP PC**

3                                       */s David Richardson*
                                        David Richardson, OSB 051370

4                                         david@pdxlawgroup.com
                                        Attorneys for Plaintiff

5

*Served upon defendants by email*

---

Plaintiff's Status Report - Page 2
*Torres v. Zamanizadeh et al*, no. 3:17-cv-02170-AC