David Richardson, OSB 051370
david@pdxlawgroup.com
PDX LAW GROUP PC
121 SW Morrison St., Ste. 1520
Portland, OR 97204
(ph) 503-546-0141
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| ANGELA TORRES, an individual, | Case no.: 3:17-CV-01270-AC |
| Plaintiff, | **PLAINTIFF'S STATUS REPORT** |
| v. | |
| ALIREZA ZAMANIZADEH, a/k/a ALI ZAMANI, an individual, and ADULT CARE SEARCH, a foreign non-profit corporation, | |
| Defendants. | |

As requested by Judge Acosta, Plaintiff submits this Status report:

Defendant Zamani was to have a settlement meeting with plaintiff's counsel on January 4th to discuss the case and help prepare a Joint Status Report. Zamani emailed prior to the scheduled meeting indicating he was sick and asked to reschedule for Monday, January 7th. On January 7th he again emailed prior to the meeting asking to reschedule.

Since that time, Zamani has indicated on several occasions that he would be submitting a settlement proposal to Plaintiff, yet nothing has yet been received. He is currently asking for

Plaintiff's Status Report - Page 1
*Torres v. Zamanizadeh et al*, no. 3:17-cv-02170-AC

another 15 days to attempt settlement, but at this point Plaintiff has serious doubts about his willingness to follow through.

With this in mind, plaintiff respectfully requests abatement of this case for until February 1st, 2019 (10 days) so that the parties have time to convene to discuss the disposition of the case. Assuming that nothing is resolved in this time, Plaintiff would then seek a scheduling conference to get this case back on track and firmly believes that judicial involvement would be invaluable as this case features a Pro Se defendant.

DATED January 22nd, 2019

**PDX LAW GROUP PC**

*/s David Richardson*
David Richardson, OSB 051370
david@pdxlawgroup.com
Attorneys for Plaintiff

*Served upon defendants by email*