Clifford S. Davidson, OSB No. 125378
cdavidson@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
Appointed *pro bono* counsel for defendant Alireza Zamanizadeh

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON
PORTLAND  DIVISION

| | |
|---|---|
| ANGELA TORRES, an individual, | Case No. 3:17-CV-01270-AC |
| Plaintiff, | JOINT STATUS REPORT |
| v. | |
| ALIREZA ZAMANIZADEH, a/k/a ALI ZAMANI, an individual, and ADULT CARE SEARCH, a foreign non-profit corporation, | |
| Defendants. | |

The parties submit this Joint Status Report in order to inform the Court that it does not appear that this case will settle at this time. The parties have exchanged several settlement proposals but have not reached an agreement. Mr. Davidson will file the pro bono completion form on Wednesday, March 13, 2019, unless the Court would like something further from him in his role as pro bono settlement counsel.

/ / /

/ / /

Page 1 – JOINT STATUS REPORT

Dated this 6th day of March, 2019.

        SUSSMAN SHANK LLP

        By /s/ Clifford S. Davidson
           Clifford S. Davidson, OSB No. 125378
           (503) 227-1111
           Attorneys for Defendant Alireza Zamanizadeh

        PDX LAW GROUP PC

        By /s/ David Richardson
           David Richardson, OSB 051370
           david@pdxlawgroup.com
           Attorneys for Plaintiff Angela Torres

Page 2 – JOINT STATUS REPORT