Nicholas J. Henderson, OSB No. 074027
nhenderson@portlaw.com
Motschenbacher and Blattner LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: 503-417-0500
Fax: 503-417-0501

David Richardson, OSB 051370
david@pdxlawgroup.com
PDX LAW GROUP PC
121 SW Morrison St., Ste. 1520
Portland, OR 97204
(ph) 503-546-0141

   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| ANGELA TORRES, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ALIREZA ZAMANIZADEH, a/k/a ALI ZAMANI, an individual, and ADULT CARE SEARCH, a foreign non-profit corporation, <br><br> Defendants. | Case No.: 3:17-CV-01270-AC <br><br> **JOINT STATUS REPORT** |

As requested by the Court, Plaintiff submits this Joint Status report:

The parties were unsuccessful in their efforts to reach a settlement. As a result, Plaintiff is prepared to move forward with the case. Plaintiff requests that the case be removed from abatement, so that the case can proceed to trial.

/ / / /

/ / / /

Page 1 of 4    JOINT STATUS REPORT

{00250413:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

The parties have conferred regarding case scheduling. The parties were able to come to an agreement regarding the case schedule which is set forth on the attached Appendix A.

DATED this 15th day of March, 2019.

| MOTSCHENBACHER & BLATTNER LLP | SUSSMAN SHANK LLP |
|---|---|
| By: /s/ Nicholas J. Henderson<br>Nicholas J. Henderson, OSB No. 074027<br>Email: nhenderson@portlaw.com<br>Motschenbacher & Blattner LLP<br>117 SW Taylor Street, Suite 300<br>Portland, OR 97204<br>Telephone: (503) 417-0500<br>Facsimile: (503) 417-0501 | By: /s/ Clifford S. Davidson<br>Clifford S. Davidson, OSB No. 125378<br>Email: cdavidson@sussmanshank.com<br>Sussman Shank LLP<br>1000 SW Broadway Ste 1400<br>Portland, OR 97205<br>Telephone: (503) 227-1111<br>Facsimile: (503) 248-0130 |
| and | Attorneys for Defendants Alireza Zamanizadeh and Adult Care Search |
| PDX LAW GROUP P.C. | |
| By: /s/ David Richardson<br>David Richardson, OSB No. 051370<br>Email: david@pdxlawgroup.com<br>PDX Law Group P.C.<br>121 SW Morrison, Suite 1520<br>Portland, OR 97204<br>(971) 271-7450 (Office)<br>(503) 536-6843 (Fax) | |

Attorneys for Plaintiff Angela Torres

Page 2 of 4   JOINT STATUS REPORT

{00250413:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

## APPENDIX A

| Dates: | Event: |
|---|---|
| 5/30/2019 | Last Day to Amend Pleadings and Add Parties |
| 9/30/2019 | Close of Fact Discovery |
| 10/30/2019 | Initial Expert Disclosures and Reports Due |
| 11/30/2019 | Rebuttal Expert Reports Due |
| 12/15/2019 | Close of Expert Discovery |
| 12/30/2019 | Last Day to File Dispositive Motions |
| 30 days after Court's resolution of dispositive motions | Joint ADR report due: |
| 60 days after Court's resolution of all pending dispositive motions | Last Day to File Joint Proposed Pretrial Order; Pretrial Motions; Motions *in Limine* |
| TBD (based on Court's availability) | Pretrial Conference |
| 4/1/2020, or the closest date thereto that the Court is available. | Trial |

Page 3 of 4    JOINT STATUS REPORT

{00250413:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on March 15, 2019 a copy of the foregoing **JOINT STATUS REPORT** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

- **Clifford S. Davidson** cdavidson@sussmanshank.com,clifford-davidson9403@ecf.pacerpro.com,jlanglois@sussmanshank.com

- **David W. Richardson** david@pdxlawgroup.com

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on above date:

**None.**

s/ Nicholas J. Henderson<br>
Nicholas J. Henderson, OSB #074027<br>
Of Attorneys for Plaintiff

{00250413:1}
Page 4 of 4
CERTIFICATE OF SERVICE
Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com