## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **ANGELA TORRES** | Case No.: 3:17–cv–01270–AC |
|     Plaintiff(s), | |
| v. | **ORDER TERMINATING PRO BONO APPOINTMENT** |
| **ALIREZA ZAMANIZADEH, et al.** | |
|     Defendant(s). | |

    Upon notice to the Court that the appointed attorney/law firm has completed the specific purpose appointment,

    IT IS HEREBY ORDERED that the Court terminates the appointment of Clifford S. Davidson as *Pro Bono* counsel for Alireza Zamanizadeh .

    Alireza Zamanizadeh is to proceed *pro se* without appointed counsel.

    The Clerk is directed to serve a copy of this order upon Alireza Zamanizadeh .

**DATED** this 18th day of March, 2019      /s/John V. Acosta

                                                                    Honorable John V. Acosta
                                                                    United States Magistrate Judge.