**NICHOLAS J. HENDERSON, OSB #074027**
nhenderson@portlaw.com
**SEAN CURRIE GLINKA, OSB #082971**
sglinka@portlaw.com
MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: 503-417-0500
Facsimile: 503-417-0501

Attorneys for Plaintiff Angela Torres

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **ANGELA TORRES**, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>**ALIREZA ZAMANIZADEH**, *a/k/a* **ALI ZAMANI**, an individual; and **ADULT CARE SEARCH**, a foreign non-profit corporation,<br><br>        Defendants. | Case No. 3:17-cv-01270-AC<br><br>Clark County Superior Court,<br>Case No. 17-2-00426-3<br><br>**DECLARATION OF SEAN CURRIE GLINKA IN SUPPORT OF RESPONSE TO DEFENDANT'S MOTION TO COMPEL** |

I, Sean Currie Glinka, declare as follows:

1.        I am one of the attorneys for the Plaintiff in this matter. I make this Declaration

based on personal knowledge and public records. I am competent to testify.

2.        On July 10, 2019, this Court ordered the Plaintiff to provide Defendant with the

"requested discovery that was propounded when defendant was represented by counsel" on or

before August 9, 2019. *See* Dkt. 72.

Page 1 – DECLARATION OF SEAN CURRIE GLINKA IN SUPPORT OF RESPONSE TO DEFENDANT'S
MOTION TO COMPEL
    {00465045:1}

3.      On July 15, 2019, I sent an email to Defendant Ali Zamani at the email address of *ali0719@icloud.com*. I included the responses to the interrogatories and requests for production issued by attorney David Richardson when Defendant was represented by counsel. I further included the responsive documents produced by Mr. Richardson. A true copy of this email is attached as **Exhibit A**.

4.      On the same day, I also sent an email to Defendant with the supplementary production that had been sent to him by Mr. Richardson on March 16, 2018. A true copy of this email is attached as **Exhibit B**.

5.      Defendant's claim that neither documents nor discovery responses have been provided to him is false.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED this 3rd day of September, 2021.

/s/ Sean Currie Glinka
Sean Currie Glinka

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon  97204-3029
Telephone:  503-417-0500 • Fax:  503-417-0501

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date shown below I served the foregoing **DECLARATION IN SUPPORT OF RESPONSE TO DEFENDANT'S MOTION TO COMPEL** on the following person(s):

Alireza Zamanizadeh or                   Adult Care Search
Ali Zamani                                *c/o* Ali Zamani
613 Elderbrook Place                      613 Elderbrook Place
Portland, Oregon, 97225                   Portland, Oregon 97225
Email: ali0719@icloud.com                 Email: ali0719@icloud.com


**[X]**    by **mailing** a copy thereof in a sealed, first-class, postage prepaid envelope, addressed to

the last known addresses of the above party, and depositing in the U. S. mail at Portland, Oregon

on the date set forth below.

**[X]**    by **emailing** a copy thereof to the attorney and his/her last known email address on the

date set forth above.


DATED: September 3, 2021

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB # 074027
Sean Currie Glinka, OSB # 082971
Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204-3029
Tel: 503-417-0500
Facsimile: 503-417-0501
Email: nhenderson@portlaw.com
Email: sglinka@portlaw.com
Attorneys for Angela Torres

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon  97204-3029
Telephone:  503-417-0500 • Fax:  503-417-0501

## Terry Coble

| | |
|---|---|
| **From:** | Sean Glinka |
| **Sent:** | Monday, July 15, 2019 12:42 PM |
| **To:** | 'Ali Zamani' |
| **Cc:** | Nick Henderson; Mary Perry; Paige Zimmerman; 'David Richardson' |
| **Subject:** | Torres v. Zamani \| Discovery Responses |
| **Attachments:** | 2018.02.20 Torres Ds RFP1 Ps Response.pdf; 2018.02.20 Torres Ds ROG1 Ps Response.pdf; 2018.02.20 Torres production1 reduced.pdf |

Dear Mr. Zamani,

In accordance with Judge Acosta's order from July 10, I have attached to this message, Ms. Torres's response to your interrogatories and requests for production. I have also attached the responsive documents.

Contrary to your representations to the Court at our status conference, I understand from Mr. Richardson that the attached discovery responses were sent to you on February 20, 2018, and supplemental discovery was sent to you on March 16, 2018. The supplemental discovery will be sent by a separate message due to size constraints.

Please note that your misrepresentations will be brought to the attention of your criminal counsel and to the Court at our next status conference.

Kind regards,



Sean Currie Glinka
Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, OR  97204-3029
Direct Tel: 503-417-0503; Direct Fax: 503-417-0443
sglinka@portlaw.com
www.portlaw.com

This message is confidential and privileged.  If you are not the intended recipient, any use, distribution or copying is prohibited.  If received in error, please contact the sender.

1

Exhibit A
Page 1 of 1

**Terry Coble**

| | |
|---|---|
| **From:** | Sean Glinka |
| **Sent:** | Monday, July 15, 2019 12:44 PM |
| **To:** | 'Ali Zamani' |
| **Cc:** | Nick Henderson; Mary Perry; Paige Zimmerman; 'David Richardson' |
| **Subject:** | Torres v. Zamani \| Supplemental Discovery Responses |
| **Attachments:** | 2018.03.13 RFP voluntary production (00284874xE9B64).PDF; 2018.03.13 ROG voluntary production (00284873xE9B64).PDF; Index for Supplemental Production (00284872xE9B64).PDF; Torres_000085 – Torres_000234.pdf |

Mr. Zamani,

As stated in my prior message, I've attached the supplemental discovery that was produced to you in March of 2018.

If you are unable to access the attached documents, please let us know.

Kind regards,



Sean Currie Glinka
Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, OR  97204-3029
Direct Tel: 503-417-0503; Direct Fax: 503-417-0443
sglinka@portlaw.com
www.portlaw.com

This message is confidential and privileged.  If you are not the intended recipient, any use, distribution or copying is prohibited.  If received in error, please contact the sender.

Exhibit B
Page 1 of 1