1

2   Ali Zamani
    Alireza Zamanaizadeh
3   613 SW Elderbrook Pl
    Portland Or 97225
4   (503) 422-31071

5

6                    UNITTED STATE DISTRICT COURT
                 DISTRICT OF OREGON, PORTLAND DIVISION
7

8   ANGELA TORRES, an Individual        )
                                        )      Case No: 3:17-CV-01270-AC
9              Plaintiff,               )
                                        )      Defendants Motion for
10                                      )      Summary Judgment
                                        )      Rule 56.
11        ·.                            )
                                        )
12  Aliireza Zamanizadeh, aka Ali Zamani )
    An Individual, Adult care search a   )
13  Alireza Zamanizadeh), a a foreign non- )
    Profit corporation                   )
14

15

16  Now Comes the defendants Ali Zamani Personally and as director of Adult Care Search, Inc. file

17  Their Motion for the Summary Judgment or Partial Summary Judgment per Fed. Rule 56.,

18
    before this court on this 23ʳᵈ Day of March, 2022 against the plaintiff on the above caption case.
19
    Defendants' Motion for Summary Judgment or Partial Summary Judgment is brought in front
20
    Of this court based on the Defendants Second Claim For Relief, Defendants Affirmative
21
    Defense, Defendants' Second Affirmative Defense ( Contributory Negligence), Defendants'
22
    Fourth Affirmative Defense ( Estoppel/Wavier), Defendants' Fifth Affirmative Defense (Failure
23
    to Mitigate) and Defendant Sixth Affirmative Defense (Unclean Hand). Defendants hereby
24
    states the following in support of their motion herein:
25

26  **Defendants Motion for Summary Judgment (Page (1) of (7)**

**BACK GROUND**

(1)

On or about June 16, 2016, Plaintiff without any notice to the defendants, executes a Quite Claim Deed to defendants company Adult Care Search, Inc. a nonprofit company in order to Hide her assets from her husband in divorce court proceeding. Plaintiff Forged the Defendant Ali Zamani director of the Adult care Search in the Real Estate Excise Tax form, a form required by Clark county Law for transfer of any property to another person.

Later Plaintiff Mailed the .

(2)

Plaintiff Knowing forged the defendants signature on the Transfer of the property on the Excise Tax, knowing plaintiff violated a criminal act by forging defendant Signature.

(3)

Plaintiff Also executed a (first Power of attorney to defendants authorizing the defendant without defendants knowledge whatsoever.

(4)

Plaintiff, on or about February 20, 2017, files a complaint through her first attorney David Richardson, CONFIRMING that she had executed the Quite Claim Deed for transferring the Property located at 779 W Chesnut St, Washougal, Washington, [Plaintiff Complaint General allegation Paragraph (9) line 6 of plaintiff complaint}attached herein as Exhibit (1) is the copy of the Plaintiffs complaint and Defendants' Answer, Affirmative Defense and Counter claims).

**FACTS.**

State Of Washington (County of Clark)  Law requires for the transfer of any real estate property Either as gift or Sales or property, beside the Quite Claim form that signature and acceptance of both seller and buyer or Guarantee and Guarantor is required on all Forms specially the EXCISE

1

2

3    TAX AFFIDAVIT for the transfer of the deed to another person.  The Guarantor/Seller Must

4    sign the Form and Buyer/Guarantee MUST personally Sign as his or hers acceptance of the

5    transfer of the Property.

6

7                                          (5)

8    Plaintiff knowing and willfully knowing that defendant did not know nor had any knowledge of

9    Plaintiff's action and in order plaintiff to establish a ground for her to bring the claim against the

10   defendants 'for defendants refusal to participate in a relationship, forged the signature  and

11   knowingly and willfully committed the crime in forging defendants signature on the EXCISE

12   TAX AFFIDAVIT form, to establish a ground for her complaint ( case herein listed above in

13   caption). **Attached at Exhibit NO (2) is the copy of the emails between defendants attorney**

14   **and Plaintiff's attorney and copy of the Excise Tax affidavit with forged signature**.

15

16                                         (6)

17   Plaintiff caused and contributed to creating a circumstances to allow the plaintiff to bring action

18   against defendants whom she forged his signature.   Attached herein as exhibit (1) is the plaintiff

19   complaint.

20                                    **ARGUMENT**

21                                         (7)

22

23   Plaintiff in her own complaint confirms that she executed the Quit Claim and Excise Tax

24   Affidavit that has never been disputed neither by herself nor by her representative in this case.

25   By not disputing and confirming the act of the forgery on the Excise Tax Affidavit plaintiff has

26   unconditionally confirms her intent as well as her motives and further by filing the complaint

                                          (8)

1

2    Plaintiff act of forgery on the Excise Tax Affidavit which the governmental instrument

3

4    requirement by the State of Washington county of Clark, has contributed over 50% if not 100%

5    in to create cause to bring the action against the defendants.   Defendant action is undisputed by

6    her own confirmation and proof in her complaint filed against the defendants for plaintiff

7    wrongful intend and cause for he bases of this complaint.

8
                                        (9)
9

10   Plaintiff omitting and forging defendants name and defendants signature on the forged Excise

11   Tax Affidavit is the 100% bases of the this complaint.   The Law should and does require any

12   action brought upon or initiated based on false statement and specially forged document should

13   be dismissed and sanction should be applied against the party whom wrongfully and willfully

14   forged and committed a criminal act and contributed in creating such a action against another.

15
                                        (10)
16

17   Plaintiff without forging the signature of the defendant could not have caused this action against

18   The defendants in all its claim, she omitted all transfer by herself without any knowledge of the

19   Defendants, plaintiff omitted all her action knowingly and had the opportunity not to omit such

20   Transfers pf nay of the elements stated in her action.

21
                                        (11)
22

23   Plaintiff caused every action listed in her complaint on her own and by herself and by her

24   own willingness to do so in order to cause reason and bases to creat action against the

25   defendants.

26
                                        (12)

Plaintiff by her omitting the fault to create action against the defendant has waived all her rights,

**Defendants Motion for Summary Judgment (Page (4) of (7)**

to bring any action whatsoever if such action created a cause for her complaint and are bases for her complaint against the defendants.

(13)

Plaintiff forging signature and creating the bases for her claim, confirms and attest to her unclean hand by law in establishing and filing her claim against the defendants.  Any action brought against another party when the moving party has hands in creating should be dismissed.

Defendants' move the court for an order dismissing this case in all plaintiffs actions based on the Undisputed facts plaintiff by her own statements in her complaints bringing the claim seeking Remedy on a claim caused by plaintiff, for transferring the deed by forging defendants signature documents required by Washington state law in transferring the deed of ownership against defendant should be dismissed.

Furthermore, plaintiff wrong intent by forging signature and causing ground for any action against the defendant should be dismissed.

(14)

Plaintiff further have lied several time to the FBI in order to create criminal case against the defendant Ali Zamani in order to use the Do Process to win in the civil action filed wrong fully and established based on  forgery by plaintiff.

(15)

Plaintiff and defendants have accepted this court as the ruling authority on the merit and all Motions brought in this case. Therefore this court has the authority to rule for an order of dismissal of the case in whole as well as the dismissal of the Temporary Restraing Order  against the company that has no involvement in this case and the only reason the Temporary order was

1

2   issued against the defendants' company, " Careoptioncom, Inc" not involved in any shape or

3   form which the only reason the temporary restraining order against this company was issued

4   was that the defendant's attorney did not attend the hearing and an order was issued.

5   **Defendant hereby pray for the court for an order** :

6       1.  dismissing all Plaintiffs claims which has been brought up against defendants.

7       2.  An order Dismissing and removal of the temporary Restraining order against the

8           Defendants Company and its bank Acareoptioncom, Inc, bank account at Chase Bank.

9
10      3.  An order terminating the Temporary Restraining Order Against The Bank account of

11          Adult care search, Inc. at Chase bank.

12      4.  For an order for all cost and damages to be determined by the court against the plaintiff

13          for plaintiff forging and committing criminal act to create and establish the ground for

14          filing this action against the defendants.

15      5.  For an Order against the Plaintiff for all damages brought to defendants' company

16          adult care search for not being able to operate for past four (4) years and loss of business.

17
18      6.  For an order against Plaintiff Using the and falsifying statement with Us Department of

19          Justice and causing criminal action against the defendant Ali Zamani and damages

20          brought by plaintiff falsified statement.

21      7.  For and order for time loss and business loss.

22

23  Respectfully submitted on the 23rd of March, 2022.

24

25

26  <u>**Defendants Motion for Summary Judgment (Page (6) of (7)**</u>

issued against the defendants' company, " Careoptioncom, Inc" not involved in any shape or form which the only reason the temporary restraining order against this company was issued was that the defendant's attorney did not attend the hearing and an order was issued.

**Defendant hereby pray for the court for an order :**

1. dismissing all Plaintiffs claims which has been brought up against defendants.

2. An order Dismissing and removal of the temporary Restraining order against the Defendants Company and its bank Acareoptioncom, Inc, bank account at Chase Bank.

3. An order terminating the Temporary Restraining Order Against The Bank account of Adult care search, Inc. at Chase bank.

4. For an order for all cost and damages to be determined by the court against the plaintiff for plaintiff forging and committing criminal act to create and establish the ground for filing this action against the defendants.

5. For an Order against the Plaintiff for all damages brought to defendants' company adult care search for not being able to operate for past four (4) years and loss of business.

6. For an order against Plaintiff Using the and falsifying statement with Us Department of Justice and causing criminal action against the defendant Ali Zamani and damages brought by plaintiff falsified statement.

7. For and order for time loss and business loss.

Respectfully submitted on the 23rd of March, 2022.

Ali Zamani for Adult care search

A. ZAMANI
Defendant
AdultCARe Search, Inc,

1

2

3

4

5    Ali Zamani
     Alireza Zamanaizadeh
6    613 SW Elderbrook Pl
     Portland Or 97225
7    (503) 422-31071

8

9                    UNITTED STATE DISTRICT COURT
                 DISTRICT OF OREGON, PORTLAND DIVISION

10

11   ANGELA TORRES, an Individual        )
                                         )        Case No: 3:17-CV-01270-AC
12              Plaintiff,                )
                                         )        Defendants Ali zamani Declaration
13                                       )        In support of Defendants Motion for
                                         )        Summary Judgment
14                                       )
                                         )
15                                       )
     Aliireza Zamanizadeh, aka Ali Zamani )
16   An Individual, Adult care search a   )
     Alireza Zamanizadeh), a a foreign non- )
17   Profit corporation                  )

18

19

20   I, ali Zamani defendant in the above captioned case hereby submit my declaration in support of

21   the defendants motion for summary judgment. And I hereby state the following;

22   That I meet the plaintiff on or aout April Mar of 2016 and I had no previous knowledge of her.

23   That on a night I was out with friends the plaintiff kept approaching me and introduced herself

24   to me while she was accompanied with another lady known as Stephanie.

25   That I had no knowledge when she forged my signature for transferring of her property o 77( W

26   Chesnut St Washugal.

     That She never discussed nor she had any authorization from me to sign on my behalf.

1

2   That I never authorized her to sign anything on my behalf.

3   That I was unaware as her transferring her property to me or to my company.

4   That I only was informed when I received an envelope in my resident which contained the Deeed

5   of Trust and the power of attorney.

6   That I immediately contacted her and asked about the mail I received,.

7

8   That she informed me that she wanted to help my organization in the cause and she had donated

9   her property.

10  That I Objected to her action.

11  That I and my company had several time offered to returned the property and never received any

12   acceptance from her or her attorney on the case.

13  That, While I was attempting to return the property and her donations, she filed a complaint

14  against me and my company.

15

16  That Through my attorneys I found out that she had lied to the FBI in order to create a claim

17  against me in order to win in her civil matter.

18  That She never had any nor discussed any regarding signing on my behalf on any document.

19  That I only was and became aware when through my attorney tried to return and deed the

20  property back to her that found out she had forged my signature on the transfer of the property to

21  my company.

22

23  That, Upon attempting to transfer the property I and my attorney found out that Excise Tax

24  Affidavit must be signed by the receiver or guarantee.

25  That it was then when My attorney informed me that my signature was forged on the tax excise

26  Affidavit by Plaintiff Angela and confirmed by her attorney since we could not transfer the

property back to her unless she signed on the Tax Excise affidavit  which her attorney send the

1

2    copy of the forged document to my attorney.

3    That, I intend to file a criminal case against the Plaintiff for forging my signature.

4    I respectfully Submit This Declaration in support of he Defendants Motion for Summary

5    Judgment.

6

7    Submitted on this 23rd of March 2022.

8

9

10   _____
     Ali Zamani Defendant

11   Adult care Search, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I CERTIFY THE FOREGOING Defendant's Adult Care Search nd Ali Zamani's defendant Motion for Summary Judgment and Defendants Declaration, complete copies of the originals thereof on this 23th[th] day of March, 2022 served the foregoing on to Plaintiffs attorney Mr. Nicholas J, Henderson  to the address listed below by Fax and by US mail on

to :

Nicholas J Henderson
Motschenbacher & Blattner LLP
117 SW Taylor  Street Suite 300
Portland OR 97204
Fax (503) 417-0528
nhenderson@portlandlaw.com

Ali zamani     Personally
Ali Zamani for Adurl Care Search
613 SW Elderbrook Pl
Portland Or 97225
503 422-3071